# Exhibit A

## STATEMENT OF TRANSFERS DURING THE PREFERENCE PERIOD

| Transaction Date | Description | Bank Reference No. | Recipient | Amount |
|---|---|---|---|---|
| 7/24/2018 | TRN 0724000477 072418 UBOC UB555402N | 93050440 | XO JET | $ 14,138.00 |
| 8/06/2018 | TRN 0806025462 080618 UBOC UB461148N | 93055907 | XO JET | $ 24,300.00 |
| | | | **TOTAL** | **$ 38,438.00** |